**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DUMAR ALBERTO CHAPARRO DIAZ**
**#A244-944-053**

**CIVIL ACTION 3:26-CV-00396 SEC P**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**DEPT OF HOMELAND SECURITY,**
**ET AL.**

**MAG. JUDGE KAYLA D. MCCLUSKY**

**O R D E R**

On February 6, 2026, an **EMERGENCY MOTION FOR STAY OF REMOVAL** (Doc. No. 2) was filed on behalf of Plaintiff Dumar Alberto Chaparro Diaz. An individual who is not an attorney has signed these documents on behalf of another. Federal Rules of Civil Procedure 11 states that, "Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's name or by a party personally if the party is unrepresented**."** Mover was notified of this deficiency on February 11, 2026, but he has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **EMERGENCY MOTION FOR STAY OF REMOVAL** (Doc. No. 2) filed on behalf of Plaintiff Dumar Alberto Chaparro Diaz on February 6, 2026, be and is hereby stricken from the record.

THUS DONE in Chambers on this 24th day of February 2026.

_____
**KAYLA D. MCCLUSKY**
**UNITED STATES MAGISTRATE JUDGE**