**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DUMAR ALBERTO CHAPARRO DIAZ**<br>**#A244-944-053** | **CASE NO.  3:26-CV-00396 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DEPT OF HOMELAND SECURITY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

Before the Court is an "Emergency Stay of Removal" (Doc. 9) filed by *pro se* Petitioner, Dumar Alberto Chaparro Diaz, wherein Petitioner[1] is requesting an immediate stay of removal. Petitioner's country of origin is Columbia. He asserts that he is currently in ICE custody and subject to imminent removal.[2] Petitioner alleges that he entered the United States lawfully with a valid visa, he has no criminal history and has consistently complied with immigration laws.

The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion

---

[1] The Court notes that Petitioner's original Petition for Writ of Habeas Corpus has been marked Deficient as Plaintiff failed to submit the documents on approved forms.
[2] See original Petition, Doc. 1, marked as Deficient.

to decide my habeas petition now. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025).

Here, Petitioner seeks immediate relief in the form of an order prohibiting his removal. To the extent Petitioner seeks to impede the removal process, the court considers this to be a shortcut around the habeas process. Accordingly,

**IT IS ORDERED** that the Emergency Stay of Removal (Doc. 9) is **DENIED;** should Petitioner correct the deficiency concerning his Petition for Writ of *Habeas Corpus*, the matter will proceed before the Magistrate Judge for adjudication through an expedited briefing schedule.

**THUS DONE AND SIGNED** in chambers on this 2nd day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**