**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DUMAR ALBERTO CHAPARRO DIAZ**       **CIVIL ACTION NO. 3:26-0396**

                                       **SECTION P**

**VS.**

                                       **JUDGE JAMES D. CAIN, JR.**

**DEPT. OF HOMELAND SECURITY, ET AL.**   **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation (Doc. 19)of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Dumar Alberto Chaparro Diaz's (A#244-944-053) petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS DONE AND SIGNED in chambers on this 15th day of May, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE